### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**BRYCE WOODS**                                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:11CV00700-BSM-JJV**

**BALINA SHELTON, Lt., Pope**                                        **DEFENDANTS**
**County Detention Center; et al.**

### JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered

and Adjudged that this petition be, and it is hereby, DISMISSED without prejudice.  The

relief sought is denied.

IT IS SO ORDERED this 12th day of January 2012.


_____
UNITED STATES DISTRICT JUDGE